# EXHIBIT 4

Recording requested by and mail documents and tax statements to:

Name: J. Grihalva
Address: 3222 E. Viking Rd
City/State/Zip: Las Vegas, NV 89121

**DED104**
Nevada Legal Forms & Books, Inc. (702) 870-8977
www.legalformsrus.com

Fee: $16.00    RPTT: EX#005
N/C Fee: $25.00
04/10/2009    14:11:06
T20090124679
Requestor:
J GRIHALVA

Debbie Conway    DOM
Clark County Recorder  Pgs: 4

RPTT: _____

## QUITCLAIM DEED

THIS INDENTURE WITNESS That the GRANTOR(S): Lawrence A. Grihalva

for and in consideration of good and valuable ~~Dollars ($~~ )
do hereby QUITCLAIM the right, title and interest, if any, which GRANTOR may have in all that real property, the receipt of which is hereby acknowledged, to the GRANTEE(S): 
Joan Z. Grihalva
all that real property situated in the City of Las Vegas
County of Clark, State of Nevada
bounded and described as follows: (Set forth legal description and commonly known address)

PA: 3222 E. Viking Road, Las Vegas, NV 89121
See attached for legal description incorporated by reference.
* This deed is specifically subject to and RESERVES the existing homestead / homestead declaration of the parties hereto.

Interfamily - No Fee required.
This deed is to vest ~~(legal)~~ title in Grantee.

WARNING: THE COUNTY RECORDER MAY CHARGE AN ADDITIONAL FEE IF YOU WRITE WITHIN THE 1" MARGINS OF THIS DOCUMENT OR VIOLATE ANY OTHER RECORDING REQUIREMENTS IMPOSED BY YOUR COUNTY RECORDER.

Quitclaim Deed    Page 1 of 2    Initials: [signature]

EXHIBIT 4

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on **4** day of **December**, 20~~0~~ **8**.

_____     _____
Signature of Grantor                                              Signature of Grantor

**LAWRENCE A. GRIHALVA**                              _____
Print or Type Name Here                                     Print or Type Name Here

---

STATE OF **Nevada**      )
COUNTY OF **clark**      )
On this **4** day of **December**, 20 **08**, personally appeared before me, a Notary Public, **LAWRENCE A GRIHALVA**

☐ personally known to me OR ☑ proved to me on the basis of satisfactory evidence to be the person(s) described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned. Witness my hand and official seal.

_Vicki Figueroa_
Notary Public
My commission expires: **Sept 15-2011**

[Notary Seal: NOTARY PUBLIC STATE OF NEVADA, County of Clark, VICKI FIGUEROA, No: 99-59352-1, My Appointment Expires Sept. 15, 2011]

Consult an attorney if you doubt this forms fitness for your purpose.

EXHIBIT 4

THAT PORTION OF THE NORTHEAST QUARTER (NE 1/4) OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 13, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AS SHOWN BY MAP THEREOF IN FILE 14 OF PARCEL MAPS, PAGE 69, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

EXHIBIT 4