1 | STACY H. RUBIN (SBN 9298)
srubin@aldridgepite.com
2 | EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
3 | **ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
4 | Las Vegas, Nevada 89101
Telephone: (858) 750-7600
5 | Facsimile: (619) 590-1385

6

**Mailing Address**:
7 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
8 | San Diego, California 92177-0933

9 | Attorneys for *Movant*
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO
10 | LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
11 | SERIES 2006-8

12
**UNITED STATES BANKRUPTCY COURT**
13
**DISTRICT OF NEVADA**
14

| In re | Bankruptcy Case No. 16-11207-led |
| --- | --- |
| JOAN ZITA GRIHALVA aka VALERIE J. GRIHALVA, | Chapter 7 |
| Debtor. | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **Hearing:**
Date: May 31, 2016
Time: 1:30 p.m.
Ctrm: 3 |

25 | TO:    DEBTOR(S): JOAN ZITA GRIHALVA

26 | TO:    ATTORNEY FOR DEBTOR(S): DAVID M. CROSBY

27 | TO:    TRUSTEE: LENARD E. SCHWARTZER

28 | TO:    ALL PARTIES IN INTEREST

- 1 -    CASE NO. 16-11207-led
**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from the Automatic Stay ("Motion") was filed on April 25, 2016, by Stacy H. Rubin, Esq., on behalf of *movant* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8 ("Movant") so that Movant may avail itself of applicable state law in foreclosing its security interest in the collateral. The real property is located at: 3222 East Viking Road, Las Vegas, Nevada 89121. The motion seeks relief from stay on real property presently in possession of the Debtor herein. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* prior to the hearing on the Motion. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing, and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on May 31, 2016 at the hour of 1:30 p.m..

**SPECIAL NOTICE**

In the event the provisions of the <u>Federal Fair Debt Collection Practice Act</u> are deemed applicable hereunder, please note that this communication is an attempt to collect a debt and any information obtained during the pendency hereof will be used for that purpose.

Unless you notify this office, in writing, within thirty (30) days after being served herewith, that you dispute the validity of the debt stated herein or any portion thereof, this office will assume that the subject debt is valid. If you notify this office, in writing, within thirty (30) days after being served herewith that you dispute the validity of the debt stated herein or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail the same to you. If you so request, in writing, that this office do so within thirty (30) days after being served herewith, this office will provide you with the name and address of the original creditor, if different from the current creditor.[1]

Respectfully submitted,

**ALDRIDGE PITE, LLP**

/s/ Stacy H. Rubin
_____
STACY H. RUBIN
Attorneys for *Movant* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8

Dated: April 25, 2016

---

[1] Please take notice that this Motion has been set for hearing and served pursuant to governing <u>Local Rules of Practice</u>.

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**