United States Bankruptcy Court
District of Nevada

In re:
JOAN ZITA GRIHALVA
Debtor

Case No. 16-11207-led
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: lakaswm Page 1 of 2 Date Rcvd: May 04, 2016
Form ID: pdf810 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2016.

db +JOAN ZITA GRIHALVA, 3222 EAST VIKING RD., LAS VEGAS, NV 89121-4318
cr +NATIONSTAR MORTGAGE, LLC, ALDRIDGE PITE, LLP, 4375 JUTLAND DRIVE, SUITE 200, P.O. BOX 17933, SAN DIEGO, CA 92177-7921
9763385 +Aerocare of Las Vegas, 2233 East Main Street, Montrose, CO 81401-3831
9763389 Bank of America, Acct No 0450, PO Box 851001, Dallas, TX 75285-1001
9763388 ++CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 (address filed with court: ATT Universal Card, Acct No 8781, PO Box 182564, Columbus, OH 43218-2564)
9728757 +CLEAR RECON CORP., Acct No TS: 021309-NV, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600
9763392 +Citi Card, Acct No 7534, PO Box 6500, Sioux Falls, SD 57117-6500
9763394 #+Daniels Norelli Scully & Cecere P.C., Acct No 0450, One Old Counrty Road, Suite LL5, Carle Place, NY 11514-1806
9763397 +Kravitz, Schnitzer, Sloane & Johnson, Acct No 7534, 8985 S. Eastern Ave. #200, Las Vegas, NV 89123-4852
9763398 +Lab Corp., 2080 E. Flamingo #110, Las Vegas, NV 89119-5175
9763399 +Larry Grihalva, 56 E. Serene Ave., #129, Las Vegas, NV 89123-3740
9763401 Las Vegas Pain Institute, Acct No 1003, 2750 W. Horizon Ridge Pkwy. #120, Henderson, NV 89052
9763405 MIDLAND FUNDING, Acct No 7534, 875 Aero Dr. Ste. 200, San Diego, CA 92123
9728758 NATIONSTAR MORGAGE, P.O. Box 199111, Dallas, TX 75219-9111
9763406 Northland Group, Acct No 7534, 7831 Glenroy Rd Ste 350, Minneapolis, MN 55439-3133
9763407 #+Penncro Associates, Inc., Acct No 0450, PO Box 1878, Southampton, PA 18966-0108
9763408 +Rausch, Sturm, Israel, Enerson &, Acct No 8781, Hornik, LLC, 8691 West Sahara Avenue Suite 210, Las Vegas, NV 89117-4811
9763409 +Rebel Pools, 3540 W. Sahara Ave., Las Vegas, NV 89102-5816
9763410 +TARGET NATIONAL BANK, P.O. Box 673, Minneapolis, MN 55440-0673
9763411 Times Sa., Suite 2029 Tower 1, Causeway Bay, Hong Kong
9763412 UBB Com Limited, DBA Videobb.com, Room 1801 Wingon Central Blds., 26 Des Voeux Rd., Hong Kong
9763413 +UBB Com Limited, 2211 No. First St., San Jose, CA 95131-2021
9763415 +US BANK AS TRUSTEE, 4801 FREDERICA STREET, Owensboro, KY 42301-7441
9763417 +US BANK N. A As Trustee, P.O. BOX 108, Saint Louis, MO 63166-0108
9763416 +US Bank Card, Acct No Various, PO Box 790408, Saint Louis, MO 63179-0408
9763418 +USAA Credit Card, Acct No 8657, 10750 Mcdermott Freeway, San Antonio, TX 78230-1649
9763414 +United Collection Bureau Inc, Acct No 8781, 5620 Southwick Blvd, Ste 206, Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

9763387 +E-mail/Text: roy.buchholz@allianceoneinc.com May 05 2016 01:37:46 Alliance One, Acct No 8781, 4850 Street Rd. Suite 300, Feasterville Trevose, PA 19053-6643
9763386 +E-mail/Text: roy.buchholz@allianceoneinc.com May 05 2016 01:37:46 Alliance One, Acct No 7534, 4850 Street Rd. Suite 300, Feasterville Trevose, PA 19053-6643
9763390 +E-mail/Text: bankruptcy@cavps.com May 05 2016 01:38:11 CALVARY PORTFOLIO SERVICES, Acct No 7534, 500 Summit Lake Dr., Valhalla, NY 10595-1340
9763391 +E-mail/Text: cms-bk@cms-collect.com May 05 2016 01:37:53 Capital Management Service LP, Acct No 8781, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464
9763395 E-mail/Text: bankruptcy.bnc@gt-cs.com May 05 2016 01:37:53 Green Tree Servicing, Green Tree/Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154
9763396 +E-mail/Text: cio.bncmail@irs.gov May 05 2016 01:37:51 INTERNAL REVENUE SERVICE, 110 City Parkway, Las Vegas, NV 89106-6085
9763402 +E-mail/Text: ebn@ltdfin.com May 05 2016 01:37:53 LTD Financial Services, Acct No 8781, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134
9763404 +E-mail/Text: bankruptcydpt@mcmcg.com May 05 2016 01:38:01 MIDLAND CREDIT MANAGEMENT, Acct No 8781, P.O BOX 60578, Los Angeles, CA 90060-0578
9763403 E-mail/Text: bankruptcydpt@mcmcg.com May 05 2016 01:38:01 MIDLAND CREDIT MANAGEMENT, Acct No 7534, 8875 AERO DR. STE. 200, San Diego, CA 92123-2255

TOTAL: 9

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST
9763393* +CLEAR RECON CORP., Acct No TS: 021309-NV, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600
9763400* +Larry Grihalva, 56 E. Serene Ave., #129, Las Vegas, NV 89123-3740

TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2016 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2016 at the address(es) listed below:

DAVID M. CROSBY on behalf of Debtor JOAN ZITA GRIHALVA info@crosby.lvcoxmail.com, notices@crosby.lvcoxmail.com
LENARD E. SCHWARTZER trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com
STACY H RUBIN on behalf of Creditor U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES ecfnvb@aldridgepite.com
STACY H RUBIN on behalf of Creditor NATIONSTAR MORTGAGE, LLC ecfnvb@aldridgepite.com
U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 5

**LENARD E. SCHWARTZER**
2850 SO. JONES BLVD., STE. 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

*Filed electronically May 3, 2016*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>GRIHALVA, JOAN ZITA<br>XXX-XX-3030<br><br>Debtor(s). | CASE NO. BK-S 16-11207 LED<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>TRUSTEE'S NOTICE OF ASSETS AND NOTICE TO FILE CLAIMS |
|---|---|

NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Rule 3002(c)(5), that the Trustee has found assets in this bankruptcy estate from which a payment of a dividend appears possible. Any creditor holding a claim against the above-entitled estate may file a proof of claim in the **Office of the Clerk of the Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101**.

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a)(7), to be considered for a dividend in accordance with the Rule, a proof of claim must be filed within ninety (90) days after the date of mailing of this notice. The last date to file claims is **August 1, 2016.**

NOTICE IS FURTHER GIVEN that, pursuant to Local Bankruptcy Rule 2002(a), after the expiration of the claims bar date in a Chapter 7 case, all notices required by Fed R. Bank P. 2002(a), except Fed. R. Bank. P. 2002(a)(4), may be mailed only to creditors whose claims have been filed with the Clerk of the Court and to creditors, if any, who are permitted to file claims by reason of an extension granted under Fed. R. Bank. P. 3002(c)(6).

DATED: *May 3, 2016*

/s/ *Lenard E. Schwartzer*

Lenard E. Schwartzer, Trustee

**NOTE: CLAIMS ARE TO BE FILED AT THE U.S. BANKRUPTCY COURT, 300 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101 CLAIMS NOT FILED BY THE BAR DATE ARE GENERALLY NOT ALLOWED.**

BLANK PAGE

**Fill in this information to identify the case:**

Debtor 1 ____________________

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: __________ District of __________

Case number ____________________

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

____________________
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____________________

2. **Has this claim been acquired from someone else?**

❑ No
❑ Yes. From whom? ____________________

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name

Number Street

City State ZIP Code

Contact phone ____________________

Contact email ____________________

**Where should payments to the creditor be sent?** (if different)

Name

Number Street

City State ZIP Code

Contact phone ____________________

Contact email ____________________

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. **Does this claim amend one already filed?**

❑ No
❑ Yes. Claim number on court claims registry (if known) ______ Filed on ____________ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

❑ No
❑ Yes. Who made the earlier filing? ____________________

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

- ☐ No
- ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$_______________. **Does this amount include interest or other charges?**

- ☐ No
- ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_______________________________________________

**9. Is all or part of the claim secured?**

- ☐ No
- ☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

- ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
- ☐ Motor vehicle
- ☐ Other. Describe: _______________________________

**Basis for perfection:** _______________________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_______________

**Amount of the claim that is secured:** $_______________

**Amount of the claim that is unsecured:** $_______________(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_______________

**Annual Interest Rate** (when case was filed)_______%

- ☐ Fixed
- ☐ Variable

**10. Is this claim based on a lease?**

- ☐ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_______________

**11. Is this claim subject to a right of setoff?**

- ☐ No
- ☐ Yes. Identify the property: _______________________________

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ❑ No
- ❑ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $__________ |
| ❑ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| ❑ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $__________ |
| ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__________ |
| ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $__________ |

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ❑ I am the creditor.
- ❑ I am the creditor's attorney or authorized agent.
- ❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ____________ MM / DD / YYYY

______________________________
Signature

**Print the name of the person who is completing and signing this claim:**

Name ______________________________
First name Middle name Last name

Title ______________________________

Company ______________________________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ______________________________
Number Street

______________________________
City State ZIP Code

Contact phone ______________ Email ______________