_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
June 01, 2016

STACY H. RUBIN (SBN 9298)
srubin@aldridgepite.com
EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for *Movant/Secured Creditor* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>JOAN ZITA GRIHALVA aka  VALERIE J. GRIHALVA,<br><br>Debtor. | Bankruptcy Case No. 16-11207-led<br>Chapter 7<br><br>**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8'S ORDER TERMINATING AUTOMATIC STAY RE: REAL PROPERTY LOCATED AT 3222 EAST VIKING ROAD, LAS VEGAS, NEVADA  89121**<br><br>**Hearing**:<br>Date:    May 31, 2016<br>Time:    1:30 p.m. |

1     A hearing on Movant/Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS
2 TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION,
3 AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
4 SERIES 2006-8's Motion for Relief From the Automatic Stay came on regularly for hearing in
5 the United States Bankruptcy Court before the Honorable Laurel E. Davis, Stacy H. Rubin
6 appearing on behalf of Secured Creditor. There were no other appearances and no opposition
7 filed to the relief sought.

8     The court having duly considered the papers and pleadings on file herein and being fully
9 advised thereon and finding cause therefor:

10     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

11     The automatic stay of 11 United States Code section 362 is hereby immediately
12 terminated as it applies to the enforcement by Movant of all of its rights in the real property
13 under the Note and Deed of Trust encumbering the real property commonly known as 3222 East
14 Viking Road, Las Vegas, Nevada 89121 ("Real Property"), which is legally described as:

> THAT PORTION OF THE NORTHEAST QUARTER (NE 1/4) OF THE SOUTHEAST QUARTER (SE 1/4) OF SECTION 13, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS: LOT ONE (1) AS SHOWN BY MAP THEREOF IN FILE 14 OF PARCEL MAPS, PAGE 69, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

20     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or its
21 foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale of
22 the Real Property to the Debtor at the address for the Real Property at least 5 calendar days prior
23 to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at least 5
24 calendar days' advance notice of the time, date and place of the foreclosure sale of the Real
25 Property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revised
26 Statutes, those notices shall be sufficient to satisfy the requirement of this Court to provide 5
27 days' notice to the Debtor.

28 /././

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
|---|---|---|
| JOAN ZITA GRIHALVA<br>DEBTOR | DAVID M. CROSBY<br>DEBTOR'S ATTORNEY | LENARD E. SCHWARTZER<br>TRUSTEE |

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s) Attorney/Trustee

☐ Disapproved. - Debtor(s) Attorney/Trustee

☐ Failed to respond. - Debtor(s) Attorney/Trustee

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: June 1, 2016

/s/ *Stacy H. Rubin (SBN 9298)*
STACY H. RUBIN
Attorneys for *Movant/Secured Creditor* U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8